IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERCY HUGHES,

    Plaintiff,                    1: 09  CV 00410 YNP SMS (PC)

    vs.                           ORDER DISMISSING ACTION

P. L. VASQUEZ, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On  June 29, 2009, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed without prejudice to Plaintiff's ability to file a petition for writ of habeas corpus.   Plaintiff challenges the legality of his custody.   The sole claim in this action is that Plaintiff was subjected to an unfair criminal trial.  Plaintiff was granted thirty days in which to show cause why this action should not be dismissed.  Plaintiff has not filed a response to the order to show cause.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice to the filing of a petition for writ of habeas corpus.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **August 24, 2009**                /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE